# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00007-CV

## In re Paul Douglas Durham

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### O R D E R

**PER CURIAM**

Relator Paul Douglas Durham has filed a motion to dismiss rehearing. *See* Tex. R. App. P. 52.9. The Court previously granted Relator an extension of the deadline to file a motion for rehearing, but Relator has not filed any motion for rehearing pursuant to Rule 52.9 of the Texas Rules of Appellate Procedure. The Court therefore dismisses the motion to dismiss rehearing as moot.

It is ordered on April 21, 2022.

Before Justices Goodwin, Baker, and Triana